UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In the matter of the application of
J. MILLER,

<u>CIVIL JUDGMENT</u>
09-CV-4537 (CBA)(LB)

----------------------------------------------------------X

      Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

Dated: Brooklyn, New York
       December 22 , 2009

                                          /S/
                                  Carol Bagley Amon
                                  United States District Judge